Case No. 22-16897

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

ARNOLD ABRERA

*Plaintiff and Appellant,*

v.

GAVIN NEWSOM, et al.,

*Defendants and Appellees.*

---

Appeal From The United States District Court,
For the Eastern District of California,
Honorable John A. Mendez, Presiding
U.S. District Court Case No. 2:22-cv-01162-JAM-DB

---

# STATEMENT OF NO POSITION

---

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
David W. Tyra
Terilynn Diepenbrock
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
E-mail: dtyra@kmtg.com; tdiepenbrock@kmtg.com

Attorneys for Defendants Bobby Davis, City of Elk Grove
and Jonathan P. Hobbs

I.

**INTRODUCTION AND STATEMENT OF NO POSITION**

Appellant brings this case before this Court as an appeal from a final order denying Plaintiff-Appellant's Motion for a Preliminary Injunction and Declaratory Relief. (ER-3, Order of Docket No. 29, filed December 9, 2022.) Plaintiff's Motion was directed to two named defendants in the underlying matter: (1) GAVIN NEWSOM, in his official capacity as Governor of the State of California; and (2) ROB BONTA, in his official capacity as Attorney General of the State of California.

Defendants CITY OF ELK GROVE, BOBBY DAVIS, and JONATHAN P. HOBBS were not parties to the underlying motion and a Notice of Non-Opposition to Plaintiff's Motion for Preliminary Injunction was filed with this Court on October 20, 2022. (Order of Docket No. 21, filed October 20, 2022.)

The Honorable John A. Mendez, Senior United States District Judge denied Plaintiff's Motion for a Preliminary Injunction. The Order denying Plaintiff's Motion for Preliminary Injunction, an eight page document, provides the Court's grounds for the denial. (Order of Docket No. 29, Filed December 9, 2022.) The Order addresses the injunction directed to Defendants Governor GAVIN NEWSOM and California Attorney General ROB BONTA as they were the parties against whom Plaintiff sought to enjoin.

Defendants CITY OF ELK GROVE, BOBBY DAVIS, and JONATHAN P. HOBBS, non-parties to the underlying motion, do not seek to assert any position as to Plaintiff-Appellant's appeal. Defendants CITY OF ELK GROVE, BOBBY DAVIS, and JONATHAN P. HOBBS hereby submit this Notice of No Position to Appellant's Opening Brief.

DATED: February 2, 2023

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By:    */s/ Terilynn Diepenbrock*
David W. Tyra
Terilynn Diepenbrock
Attorneys for Defendants and Respondents
Bobby Davis, City of Elk Grove and
Jonathan P. Hobbs

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 17. Statement of Related Cases Pursuant to Circuit Rule 28-2.6**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form17instructions.pdf*

**9th Cir. Case Number(s)**   22-16897

The undersigned attorney or self-represented party states the following:

[ X ]   I am unaware of any related cases currently pending in this court.

[  ]   I am unaware of any related cases currently pending in this court other than the
        case(s) identified in the initial brief(s) filed by the other party or parties.

[  ]   I am aware of one or more related cases currently pending in this court. The case
        number and name of each related case and its relationship to this case are:




**Signature**   *s/ Terilynn Diepenbrock*           **Date**  February 2, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 17**                                                                                                          *New 12/01/18*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

**9th Cir. Case Number(s)** 22-16897

I am the attorney or self-represented party.

**This brief contains** 251 **words,** including 0 words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The briefs type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one):*

☒ complies with the word limit of Cir. R. 32-1.

☐ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

☐ is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

☐ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

☐ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one):*
  ☐ it is a joint brief submitted by separately represented parties.
  ☐ a party or parties are filing a single brief in response to multiple briefs.
  ☐ a party or parties are filing a single brief in response to a longer joint brief.

☐ complies with the length limit designated by court order dated _____.

☐ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** s/ Terilynn Diepenbrock **Date** February 2, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 8** *Rev. 12/01/22*